In the Matter of JOSEPHINE WINSTON, an Incompetent. SARA G. SPEAR, as Committee of the Person and Estate of JOSEPHINE WINSTON, an Incompetent, Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— In an incompetency proceeding, the committee appeals from so much of an order as determines the amount of a fee to be paid by her to her attorney for services

rendered in the sum of $150. Order, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.